```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 42742
    OTTAWAY JAMES JR
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-0571


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/17/2004 and was confirmed 12/30/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  20.25% from remaining funds.

      The case was paid in full 08/17/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                 PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED                    .00           .00            .00
HOMEQ SERVICING CORP      MORTGAGE ARRE    6341.99                 .00        6341.99
HOMEQ SERVICING CORP      CURRENT MORTG        .00                 .00            .00
FIRST UNION HOME EQUITY   NOTICE ONLY    NOT FILED                 .00            .00
INTERNAL REVENUE SERVICE  SECURED NOT I        .00                 .00            .00
ACCOUNTS SOLUTIONS GROUP  UNSECURED       NOT FILED                .00            .00
FDS BANK/BLOOMINGDALES    UNSECURED       NOT FILED                .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED                .00            .00
CITIBANK SC NA            UNSECURED       NOT FILED                .00            .00
CITIBANK                  NOTICE ONLY     NOT FILED                .00            .00
DIRECT TV                 UNSECURED       NOT FILED                .00            .00
EXXON MOBIL               UNSECURED       NOT FILED                .00            .00
FINGERHUT                 UNSECURED       NOT FILED                .00            .00
MBNA AMERICA              UNSECURED       NOT FILED                .00            .00
RESURGENT ACQUISITION LL  UNSECURED       13813.25                 .00        2796.49
RESURGENT ACQUISITION LL  UNSECURED        2998.74                 .00         607.09
CAPITAL ONE               UNSECURED       NOT FILED                .00            .00
CAPITAL ONE               UNSECURED       NOT FILED                .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED OTH        .00                 .00            .00
SHERMAN ACQUISITION LLC   UNSECURED        2032.12                 .00         411.40
ECAST SETTLEMENT CORP     UNSECURED        5129.31                 .00        1038.43
INTERNAL REVENUE SERVICE  PRIORITY             .00                 .00            .00
INTERNAL REVENUE SERVICE  UNSECURED            .00                 .00            .00
HOMEQ                     NOTICE ONLY     NOT FILED                .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY     1,500.00                            1,500.00
TOM VAUGHN                TRUSTEE                                              779.60
DEBTOR REFUND             REFUND                                             6,920.41


        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 42742 OTTAWAY JAMES JR
```

```
TRUSTEE                                     20,395.41

PRIORITY                                                          .00
SECURED                                                      6,341.99
UNSECURED                                                    4,853.41
ADMINISTRATIVE                                               1,500.00
TRUSTEE COMPENSATION                                           779.60
DEBTOR REFUND                                                6,920.41
                                      ---------------   ---------------
TOTALS                                     20,395.41         20,395.41
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                      /s/ Tom Vaughn
     Dated: 11/29/07                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 04 B 42742 OTTAWAY JAMES JR